UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In re:** | |
| **Central Oklahoma United Methodist Retirement Facility, Inc.** **d/b/a Epworth Villa,** | Case No. _____ |
| | Chapter 11 |
| **Debtor.** | |

## LIST OF EQUITY SECURITY HOLDERS

In a chapter 11 reorganization case, the following information is required pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3):

Check applicable box:

☐     There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

☒     The following are the debtor's equity security holders (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder):

<u>Epworth Living, Inc., an Oklahoma not-for-profit corporation [100% equity holder]</u>
<u>14901 N. Pennsylvania Avenue, Oklahoma City, OK 73134</u>

DATED this 18th day of July, 2014.

Respectfully submitted,

*/s/ G. Blaine Schwabe, III*
G. Blaine Schwabe, III, OBA #8001
GableGotwals
One Leadership Square, 15th Floor
211 North Robinson
Oklahoma City, OK 73102-7101
Telephone: 405.235.5589
Facsimile: 405.235.2875
gschwabe@gablelaw.com

/s/ Sidney K. Swinson
Sidney K. Swinson, OBA #8804
Mark D.G. Sanders, OBA #22922
Brandon C. Bickle, OBA #22064
GableGotwals
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103
Telephone: 918.595.4800
Facsimile: 918.595.4990
sswinson@gablelaw.com
msanders@gablelaw.com
bbickle@gablelaw.com

*Proposed Attorneys for the Debtor in Possession*