B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Oklahoma

In re  **Central Oklahoma United Methodist Retirement Facility, Inc.**　　Case No.  **14-12995**
　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Accord Construction<br>13776 Lincoln Blvd<br>Edmond, OK 73013 | Mike Salazar<br>Accord Construction<br>13776 Lincoln Blvd<br>Edmond, OK 73013<br>405-568-7360 | Roof repairs | | 788,886.12 |
| Ben E Keith Foods<br>PO BOX 8170<br>Edmond, OK 73083-8170 | Ben E Keith Foods<br>PO BOX 8170<br>Edmond, OK 73083-8170<br>405-753-7600 | Food | | 73,325.61 |
| Cindy Smith<br>PO Box 890672<br>Oklahoma City, OK 73189 | Cindy Smith<br>Cindy Smith<br>PO Box 890672<br>Oklahoma City, OK 73189<br>405-431-9147 | Refund #6B/unit pending resale | | 64,600.00 |
| Darvis Craig<br>Ron Craig<br>3102 Foxboror<br>Duncan, OK 73533 | Ron Craig<br>Darvis Craig<br>Ron Craig<br>3102 Foxboror<br>Duncan, OK 73533<br>580-252-1705 | Refund #356/unit pending resale | | 100,615.50 |
| Dowley Security Systems Inc<br>Republic Business Credit, LLC<br>PO BOX 203152<br>Dallas, TX 75320-3152 | Chancy Lester<br>Dowley Security Systems Inc<br>Republic Business Credit, LLC<br>PO BOX 203152<br>Dallas, TX 75320-3152<br>405-420-1808 | Construction - installation of security systems | | 73,451.52 |
| Evelyn "Jack" Potter<br>Mikel D Faulkner<br>180 State Street<br>Ste 200<br>Southlake, TX 76092 | Mikel D Faulkner<br>Evelyn "Jack" Potter<br>Mikel D Faulkner<br>180 State Street<br>Southlake, TX 76092<br>817-410-4040 | Refund #205/unit pending resale | | 59,955.00 |
| Great American Insurance Group<br>3561 Solutions Center<br>Chicago, IL 60677-3005 | Daniel Medley<br>Great American Insurance Group<br>3561 Solutions Center<br>Chicago, IL 60677-3005<br>405-528-3565 | Worker's compensation insurance | | 118,043.89 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Central Oklahoma United Methodist Retirement Facility, Inc.**
Debtor(s)

Case No. **14-12995**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Herbert Kriegel**<br>**Jay6 Kriegel**<br>**4113 NW 146th St**<br>**Oklahoma City, OK 73134** | **Jay Kriegle**<br>**Herbert Kriegel**<br>**Jay Kriegle**<br>**4113 NW 146th St**<br>**Oklahoma City, OK 73134**<br>**405-751-5729** | **Refund #110/unit pending resale** | | 67,687.50 |
| **John Bertoldi**<br>**2253 Masters Rd**<br>**Carlsbad, CA 92008** | **John Bertoldi**<br>**John Bertoldi**<br>**2253 Masters Rd**<br>**Carlsbad, CA 92008**<br>**760-929-9759** | **Refund of entrance deposit** | | 146,000.00 |
| **John Underwood**<br>**Gary Underwood**<br>**2816 Bob White Trail**<br>**Anadarko, OK 73005** | **Gary Underwood**<br>**John Underwood**<br>**Gary Underwood**<br>**2816 Bob White Trail**<br>**Anadarko, OK 73005**<br>**405-348-7076** | **Refund #321/unit pending resale** | | 142,000.00 |
| **Lowell Netherton**<br>**Bonnie Mitchinson**<br>**25 W 174 Jane Ave**<br>**Naperville, IL 60540-5844** | **Bonnie Mitchinson**<br>**Lowell Netherton**<br>**Bonnie Mitchinson**<br>**25 W 174 Jane Ave**<br>**Naperville, IL 60540-5844**<br>**630-753-9314** | **Refund #280/unit pending resale** | | 70,770.00 |
| **Marjorie Misciagna**<br>**Marianne Young**<br>**18624 Wolf Creek Dr**<br>**Edmond, OK 73012** | **Marianne Young**<br>**Marjorie Misciagna**<br>**Marianne Young**<br>**18624 Wolf Creek Dr**<br>**Edmond, OK 73012**<br>**405-715-3121** | **Refund #204/unit pending resale** | | 69,768.00 |
| **Medley/Turrentine & Associates, LLC**<br>**3815 N Classen Blvd**<br>**Oklahoma City, OK 73118-2879** | **Daniel Medley**<br>**Medley/Turrentine & Associates, LLC**<br>**3815 N Classen Blvd**<br>**Oklahoma City, OK 73118-2879**<br>**405-528-3565** | **Insurance Premiums** | | 413,326.62 |
| **Pat Coker**<br>**Sandra Nelson**<br>**PO Box 904**<br>**Bixby, OK 74008** | **Sandra Nelson**<br>**Pat Coker**<br>**Sandra Nelson**<br>**PO Box 904**<br>**Bixby, OK 74008**<br>**918-260-6890** | **Refund #15B/unit pending resale** | | 97,890.50 |
| **Spellman Brady & Company**<br>**8251 Maryland Ave**<br>**Ste 300**<br>**Saint Louis, MO 63105** | **Melissa Keeney**<br>**Spellman Brady & Company**<br>**8251 Maryland Ave**<br>**Ste 300**<br>**Saint Louis, MO 63105**<br>**314-669-3480** | **Construction - interior design & furnishings** | | 81,074.10 |

B4 (Official Form 4) (12/07) - Cont.

In re **Central Oklahoma United Methodist Retirement Facility, Inc.**
Debtor(s)

Case No. 14-12995

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Summit Care<br>6830 W 121st Ct<br>Leawood, KS 66209 | Brett Parise<br>Summit Care<br>6830 W 121st Ct<br>Leawood, KS 66209<br>913-239-8777 | Therapy for skilled nursing | | 164,138.16 |
| Velma Bessier Trust<br>2016 Hidden Creet Ct<br>Edmond, OK 73034 | Velma Bessier Trust<br>2016 Hidden Creet Ct<br>Edmond, OK 73034 | Refund of entrance deposit | | 235,303.70 |
| William Hicks, Guardian ad Litem for<br>Virginia Hicks<br>14901 N Pennsylvania Ave<br>Apt. 276<br>Oklahoma City, OK 73134 | William Hicks, Guardian ad Litem for<br>Virginia Hicks<br>14901 N Pennsylvania Ave<br>Oklahoma City, OK 73134 | Judgment | Disputed | 1,688,166.22 |
| William Hicks, Individually<br>14901 N Pennsylvania Ave.<br>Apt 276<br>Oklahoma City, OK 73134 | William Hicks, Individually<br>14901 N Pennsylvania Ave.<br>Apt 276<br>Oklahoma City, OK 73134 | Judgment | Disputed | 3,503,349.62 |
| William Hicks, Individually & as<br>Guardian ad Litem for<br>Virginia Hicks<br>14901 N Pennsylvania Ave<br>Apt 276<br>Oklahoma City, OK 73134 | William Hicks, Individually & as<br>Guardian ad Litem for Virginia Hicks<br>14901 N Pennsylvania Ave<br>Oklahoma City, OK 73134 | Judgment | Disputed | 10,000,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 29, 2014**    Signature **/s/ John Harned**
**John Harned**
**President and CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Respectfully submitted,
*/s/ Brandon C. Bickle*
Brandon C. Bickle, OBA #22064
GableGotwals
100 West Fifth Street, Suite 1100
Tulsa, Oklahoma 74103
*Proposed Attorney for the Debtor in Possession*