IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| CENTRAL OKLAHOMA UNITED ) | |
| METHODIST RETIREMENT FACILITY ) | Case No. 14-12995 SAH |
| INC., dba EPWORTH VILLA, ) | Chapter 11 |
| Debtor. ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

COMES NOW Roger D. Everett and appears as counsel for Ford Motor Credit Company, LLC, and requests all future notices and correspondence affecting the rights of said party be mailed to the undersigned at the address appearing below.

Dated this   12th   day of August, 2014.

        s/Roger D. Everett
        ROGER D. EVERETT, OBA# 2788
        Everett, P.C.
        508 W. Vandament, Suite 300
        Yukon, Oklahoma 73099
        (405) 350-0990 FAX (405)354-2834
        E-mail: rdelaw@juno.com
        Attorney for Ford Motor Credit Co.

CERTIFICATE OF SERVICE

This is to certify that on the 12th day of August, 2014, I caused the above Entry of Appearance and Request for Notices to be filed with the Bankruptcy Court Clerk of the Western District of Oklahoma causing a true and correct copy of the pleading to be sent by the Court Clerk via the Court's CM/ECF electronic noticing system to all parties requesting notice including but not limited to the following parties:

Brandon Craig Bickle on behalf of Debtor
bbickle@gablelaw.com
G. Blaine Schwabe, III on behalf of Debtor
gschwabe@gablelaw.com
Charles Snyder on behalf of United States Trustee
Charles.Snyder@usdoj.gov
U.S. Trustee
Ustpregion20.oc.ecf@usdoj.gov

        s/Roger D. Everett
        ROGER D. EVERETT