# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:

Central Oklahoma United Methodist
  Retirement Facility, Inc.
  d/b/a Epworth Villa,

              Debtor.

Case No. 14-12995-SAH

Chapter 11

## MOTION OF EPWORTH VILLA FOR AUTHORITY TO
## ASSUME EXECUTORY RESIDENT CONTRACTS;
## BRIEF IN SUPPORT; AND NOTICE OF OPPORTUNITY FOR HEARING

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THIS DOCUMENT CAREFULLY AND CONSULT YOUR ATTORNEY ABOUT YOUR RIGHTS AND THE EFFECT OF THIS DOCUMENT.** IF YOU DO NOT WANT THE COURT TO GRANT THE REQUESTED RELIEF, OR YOU WISH TO HAVE YOUR VIEWS CONSIDERED, YOU MUST FILE A WRITTEN RESPONSE OR OBJECTION TO THE REQUESTED RELIEF WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA, 215 DEAN A. MCGEE AVENUE, OKLAHOMA CITY, OK 73102 NO LATER THAN 14 DAYS FROM THE DATE OF FILING OF THIS REQUEST FOR RELIEF. YOU SHOULD ALSO SERVE A FILE-STAMPED COPY OF YOUR RESPONSE OR OBJECTION ON THE UNDERSIGNED MOVANT/MOVANT'S ATTORNEY AND ANY OTHERS WHO ARE REQUIRED TO BE SERVED. IF NO RESPONSE OR OBJECTION IS TIMELY FILED, THE COURT MAY GRANT THE REQUESTED RELIEF WITHOUT A HEARING OR FURTHER NOTICE.

THE 14-DAY PERIOD INCLUDES THE THREE (3) DAYS ALLOWED FOR MAILING PROVIDED FOR IN BANKRUPTCY RULE 9006(F).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    Central Oklahoma United Methodist Retirement Facility, Inc. d/b/a Epworth Villa, debtor and debtor-in-possession ("Epworth Villa"), for its motion (the "Motion") for entry of an order authorizing the assumption of executory contracts with residents of Epworth Villa, states:

## JURISDICTION AND VENUE; BACKGROUND

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue is proper under 28 U.S.C. §§ 1408 and 1409.  This Motion is authorized by 11 U.S.C. § 365(a) and Rule 6006(a) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules").

2.      On July 18, 2014 (the "Petition Date"), Epworth Villa filed its voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Oklahoma ("Bankruptcy Court").

3.      Epworth Villa continues to operate its business as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.  No committees have been appointed, nor has any request been made for the appointment of a trustee or examiner.

4.      Affiliated with the Oklahoma Conference of the United Methodist Church, Epworth Villa is a continuous care retirement community for persons age 62 and older, located at 14901 N. Pennsylvania Avenue, Oklahoma City, Oklahoma 73134.

5.      In addition to independent living facilities, Epworth Villa offers assisted living, memory care assisted living, nursing care services, and a skilled nursing facility. Presently, Epworth Villa includes 264 independent living units (cottages and apartment homes), 118 assisted living units, with maximum capacity of 130 beds, and 87 nursing beds that are dually certified for skilled or long term patients with common areas, community centers and other facilities.  It is undergoing a $65 million renovation and expansion project that is projected to be completed in the spring of 2015.

## RELIEF AND BASIS FOR RELIEF REQUESTED

6.    Prior to the Petition Date, Epworth Villa entered into numerous contracts with its residents (collectively, "Residency Agreements").  These Residency Agreements are listed on the attached **Exhibit "A"**, which includes the unit number, the Resident's name and the date of the Residency Agreement.  The Residency Agreements entitle the residents of Epworth Villa to, among other things, occupy and use an independent living unit, common areas, and certain health care services such as licensed nursing care, assisted living care, a hospice facility and a courtesy clinic.

7.    Under the terms of the Residency Agreements, residents are required to pay an Entrance Fee and a monthly service fee.  The Entrance Fee may or may not be refundable, from nothing up to 100%, depending upon the option chosen by the resident and the resident's length of residency at Epworth Villa.  Any Entrance Fee refund is payable only when Epworth Villa has received a new Entrance Fee from a successor resident for the resident's unit.

8.    Epworth Villa's Residency Agreements are executory because "each party to the contract[s] has ongoing duties and obligations such that the contract[s] remain[] materially unperformed on both sides." *In re Aerobox Composite Structures, LLC*, 373 B.R. 135, 139 (Bankr. D.N.M. 2007); *see also In re Johnson*, 501 F.3d 1163, 1174 (10th Cir. 2007) ("According to the widely adopted classic definition provided by Professor Countryman, an executory contract is 'a contract under which the obligation of both the bankrupt and the other party to the contract are so far unperformed that the failure of either to complete performance would constitute a material breach excusing

performance of the other.'") (citing Vern Countryman, *Executory Contracts in Bankruptcy: Part I*, 57 Minn. L.Rev. 439, 460 (1973)).

9.      By this Motion, pursuant to Section 365(a) of the Bankruptcy Code, Epworth Villa respectfully requests that this Court authorize the assumption of the Residency Agreements listed on the attached **Exhibit "A"**.  Epworth Villa has concluded, in the exercise of its business judgment, it is in the best interests of this bankruptcy estate, its creditors, and Epworth Villa that the Residency Agreements be immediately assumed.  The Residency Agreements provide a substantial and essential source of Epworth Villa's revenue.  With Epworth Villa's expanded facilities to be completed and ready for occupancy in the Spring of 2015, prospective new residents need to be able to sign Residency Agreements without doubt about the safety of their investment (and knowing that they will, just as current residents, receive a refund of their Entrance Fees after termination of their Residency Agreements).  Epworth Villa is unaware of any business justification for rejecting any Residency Agreement and therefore seeks to assume all of them at this time.

10.      Section 365(a) of the Bankruptcy Code provides that a trustee (or, as applicable here by virtue of Section 1107(a) of the Bankruptcy Code, a debtor in possession), subject to Court approval, may assume or reject any executory contract or unexpired lease of the debtor.  11 U.S.C. § 365(a).  Executory contracts can be assumed or rejected by the debtor in possession at any time before confirmation of a plan. *See In re Mid Region Petroleum, Inc.,* 1 F.3d 1130, 1132 (10th Cir. 1993); *In re Commercial Financial Services, Inc.,* 233 B.R. 885, 890 (Bankr. N.D. Okla. 1999).

11.     "A bankruptcy court reviewing a trustee's or debtor-in-possession's decision to assume or reject an executory contract should examine a contract and the surrounding circumstances and apply its best 'business judgment' to determine if it would be beneficial or burdensome to the estate to assume it."  *In re Orion Pictures Corp.*, 4 F.3d 1095, 1099 (2d Cir. 1993); *see also In re Tilco, Inc.*, 558 F.2d 1369 (10th Cir. 1977); *In re J.H. Land & Cattle Co., Inc.*, 8 B.R. 237, 238 (Bankr. W.D. Okla. 1983); *In re Summit Land Co.*, 13 B.R. 310 (Bankr. D. Utah 1981).  Section 365(b) of the Bankruptcy Code requires, as a condition of assuming an executory contract, a debtor in possession to cure or provide adequate assurance that it will promptly cure any default under the contract, compensate the other party to the contract for any actual pecuniary loss resulting from any such default (collectively, "Cure Costs"), and provide adequate assurance of future performance.

12.     The only Cure Costs that would, but for this bankruptcy, be presently due and payable under the Residency Agreements are: (A) the Entrance Fee refunds owed to persons whose residencies have terminated, whose units have been reoccupied, and whose Entrance Fees were in the process of being refunded on the Petition Date; (B) the Entrance Fee refunds owed to persons who paid a deposit but later chose not to reside at Epworth Villa and were entitled to a refund on the Petition Date; and (C) small refunds owed to former residents of skilled nursing based on a credit balance on their respective accounts as of the Petition Date.  Each of these persons are listed, by these categories and with the amount of each refund shown, on the attached **Exhibit "B"**.

13.     Epworth Villa is capable of fully performing its present and future obligations under the Residency Agreements, including the payment of all Cure Costs.

## NOTICE

14.     Notice of this Motion is being provided (i) electronically by the Court's ECF system to the Office of the United States Trustee and all parties in interest who have entered their appearances and requested notices in this case, (ii) by U.S. Mail to the 20 largest unsecured creditors of this estate, to the extent they have not entered appearances through counsel, and (iii) by U.S. Mail to those who are parties to the Residency Agreements to be assumed.  Epworth Villa submits that no further notice should be required, and requests that the Court approve such notice as adequate.

## CONCLUSION

Epworth Villa respectfully requests the entry of an order by the Court authorizing the assumption of the Residency Agreements, authorizing the payment of all associated Cure Costs, and granting such further relief as is just and proper.

Respectfully submitted,

CENTRAL OKLAHOMA UNITED
METHODIST RETIREMENT FACILITY, INC.,
d/b/a Epworth Villa

*/s/ G. Blaine Schwabe, III*
G. Blaine Schwabe, III, OBA #8001
GableGotwals
One Leadership Square, 15th Floor
211 North Robinson
Oklahoma City, OK 73102-7101
Telephone: 405.235.5589
Facsimile: 405.235.2875
gschwabe@gablelaw.com

*/s/ Sidney K. Swinson*
Sidney K. Swinson, OBA #8804
Mark D.G. Sanders, OBA #22922
Brandon C. Bickle, OBA #22064
GableGotwals
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103
Telephone: 918.595.4800
Facsimile: 918.595.4990
sswinson@gablelaw.com
msanders@gablelaw.com
bbickle@gablelaw.com

*Proposed Attorneys for Epworth Villa*

## CERTIFICATE OF SERVICE

I do hereby certify that on the 18th day of August, 2014, a true, correct and exact copy of the above and foregoing document was served by electronic notice by the CM/ECF filing system to the following:

| Name | CM/ECF Address |
|---|---|
| United States Trustee | Ustpregion20.oc.ecf@usdoj.gov |
| Charles Snyder | Charles.Snyder@usdoj.gov |
| G. Blaine Schwabe, III | gschwabe@gablelaw.com<br>pedmonds@gablelaw.com |
| Brandon C. Bickle | bbickle@gablelaw.com<br>astacy@gablelaw.com |
| Judy Hamilton Morse | judy.morse@crowedunlevy.com<br>paul.young@crowedunlevy.com<br>karen.martin@crowedunlevy.com<br>karol.brown@crowedunlevy.com |
| James H. Bellingham<br><br>Janice D. Loyd | jbellingham@bellinghamloyd.com<br>ebappert@bellinghamloyd.com<br>bellingham6@cox.net<br>jdltrustee@bellinghamloyd.com |
| Stephen W. Elliott<br>Clayton D. Ketter | swelliott@phillipsmurrah.com<br>cdketter@phillipsmurrah.com |
| J. Kelly Work | jkwork@sbcglobal.net |
| Lance E. Schneiter | lschneiter@kfrlaw.net |
| O. Clifton Gooding | cgooding@goodingfirm.com |
| Kevin Blaney<br>Elizabeth A. Morehead | kblaney@btlawokc.com<br>bmorehead@btlawokc.com |
| Roger D. Everett | rdelaw@juno.com |
| Reese Allen | reesallen@aol.com |
| Tina L. Izadi | tizadi@okemployerlaw.com;<br>mainoffice@okemployerlaw.com |

And by placing same in the United States mail, with proper postage thereon fully prepaid, to those parties as listed below:

RICOH USA INC
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA  31210

**Twenty Largest Unsecured Creditors:[1]**

Darvis Craig
Ron Craig
3102 Foxboror
Duncan, OK 73533

Ben E Keith Foods
PO BOX 8170
Edmond, OK 73083-8170
and
14200 N. Santa Fe Ave
Edmond, OK 73013-2473

Cindy Smith
P O Box 890672
Oklahoma City, OK 73189
and
13628 S. Land Avenue
Oklahoma City, OK 73170

Great American Insurance
Group
3561 Solutions Center
Chicago, IL 60677-3005

Dowley Security Systems Inc
Republic Business Credit, LLC
PO BOX 203152
Dallas, TX 75320-3152
and
4321 W. Sam Houston Pkwy
North, Ste 180
Houston, TX 77043-1230
and
201 St. Charles Ave., Ste 2409
New Orleans, LA 70170-2409

Evelyn "Jack" Potter
Mikel D. Faulkner
180 State St., Ste 200
Southlake, TX 76092

Medley/Turrentine &
Associates, LLC
3815 N Classen Blvd
Oklahoma City, OK 73118-2879

Herbert Kriegel
Jay Kriegel
4113 NW 146th St.
Oklahoma City, OK 73134

John Bertoldi
35647 Royal Sage Court
Palm Desert, CA 92211

Marjorie Misciagna
Marianne Young
18624 Wolf Creek Dr.
Edmond, OK 73012

John Underwood
Gary Underwood
2816 Bob White Trail
Edmond, OK 73025-2304

Lowell Netherton
Bonnie Mitchinson
25 W 174 Jane Ave.
Naperville, IL 60540-5844

Pat Coker
Sandra Nelson
P O Box 904
Bixby, OK 74008
and
6825 E. 151st St., S.
Bixby OK 74008-4132

Spellman Brady & Company
8251 Maryland Ave. Ste 300
Saint Louis, MO 63105

Summit Care
6830 W 121st Ct
Leawood, KS 66209

---

[1]     This list excludes those members of the twenty largest unsecured creditors who have entered appearances through counsel in this bankruptcy case.

Tom Partney
Hazel D Tuttle Living Trust
The Estate of Hazel Partney
300 Marshall Dr
Chandler OK 74834
and
Linda Mattison
2625 NW 153rd St
Edmond, OK 73013
and
Marcia Tuttle
5309 NW 123rd St
Oklahoma City, OK 73142

Velma Bessier Trust
2016 Hidden Creet Ct
Edmond, OK 73034

### Parties to Residency Agreements to be Assumed (unless otherwise listed above):

| | | |
|---|---|---|
| Mary L. Adams<br>Bank of America<br>2100 S. Utica Ave., Suite 150<br>Tulsa, OK 74114 | William O. Alexander<br>Epworth Villa<br>14901 N. Penn Ave., Al 2424<br>Oklahoma City, OK 73134 | Joy A. Ansley<br>Epworth Villa<br>14901 N. Penn Ave., IL 166<br>Oklahoma City, OK 73134 |
| Joan J. Bake<br>Epworth Villa<br>14901 N. Penn Ave., IL 2214<br>Oklahoma City, OK 73134 | Sondra M. Barby<br>Epworth Villa<br>14901 N. Penn Ave., IL 005B<br>Oklahoma City, OK 73134 | John J. and Eva J. Barta<br>Trust Co. of Oklahoma<br>6307 Waterford Blvd., Ste. 160<br>Oklahoma City, OK 73118 |
| Mary F. Bass<br>Epworth Villa<br>14901 N. Penn Ave., IL 160<br>Oklahoma City, OK 73134 | Shirley F. Bates<br>Epworth Villa<br>14901 N. Penn Ave., IL 335<br>Oklahoma City, OK 73134 | Dana D. and Lois L. Batey<br>Epworth Villa<br>14901 N. Penn Ave., IL 024<br>Oklahoma City, OK 73134 |
| Allene Bayless<br>Epworth Villa<br>14901 N. Penn Ave., IL 203<br>Oklahoma City, OK 73134 | Harlene Bickford<br>Epworth Villa<br>14901 N. Penn Ave., IL 156<br>Oklahoma City, OK 73134 | Lawrence E and Betty G. Bishop<br>Epworth Villa<br>14901 N. Penn Ave., IL 178<br>Oklahoma City, OK 73134 |
| Doris F. Blew<br>Epworth Villa<br>14901 N. Penn Ave., IL 287<br>Oklahoma City, OK 73134 | John W. and Evelyn F Boulton<br>c/o Sarah Evans<br>608 Glenlake Dr.<br>Edmond, OK 73013 | Katherine Bradford<br>Epworth Villa<br>14901 N. Penn Ave., IL 3203<br>Oklahoma City, OK 73134 |
| Betty J. Brannan<br>Epworth Villa<br>14901 N. Penn Ave., IL 1202<br>Oklahoma City, OK 73134 | Jo Ann Brannan<br>Epworth Villa<br>14901 N. Penn Ave., IL 1204<br>Oklahoma City, OK 73134 | John E. and Sandra J. Brothers<br>Epworth Villa<br>14901 N. Penn Ave., IL 008B<br>Oklahoma City, OK 73134 |

Aileen W. Brown
Epworth Villa
14901 N. Penn Ave., IL 323
Oklahoma City, OK  73134

Frank Buno
Epworth Villa
14901 N. Penn Ave., IL 135
Oklahoma City, OK  73134

Mariann M. Bryant
Epworth Villa
14901 N. Penn Ave., IL 389
Oklahoma City, OK  73134

Harold M. Bullard
Jeanene S. Carver
Epworth Villa
14901 N. Penn Ave., IL 159
Oklahoma City, OK  73134

Loreta M. Bush
Epworth Villa
14901 N. Penn Ave., IL 011A
Oklahoma City, OK  73134

Iris J. Butts
Epworth Villa
14901 N. Penn Ave., IL 102
Oklahoma City, OK  73134

Doris R. Caldwell
c/o Charlotte Stieber
5190 Hunters Gap
Guthrie, OK  73044

Emily E. Carson
c/o Spence Carson
5709 N. Georgia Ave.
Oklahoma City, OK  73118

Ruby O. Caruso
Epworth Villa
14901 N. Penn Ave., IL 221
Oklahoma City, OK  73134

Joseph K and Sara H. Caskey
c/o John Caskey
2219 St. James Street
Philadelphia, PA  19103

Vida S. Chenoweth
Epworth Villa
14901 N. Penn Ave., IL 122
Oklahoma City, OK  73134

Judith A. Clay
c/o Susan Peck
16363 Scotland Way
Edmond, OK  73013

Mary E. Clements
c/o Todd Estes
1109 North Francis
Oklahoma City, OK  73106

Jessie A. Coit
c/o Cosette Coit Pruitt
912 Blue Bird Terrace
Purcell, OK  73080

Patricia A. Coker
7220 S. Yale Avenue
Apt. 133
Tulsa, OK  74136

Addilee Coleman
Epworth Villa
14901 N. Penn Ave., IL 255
Oklahoma City, OK  73134

Peggy A. Cooper Thoni
Epworth Villa
14901 N. Penn Ave., IL 021
Oklahoma City, OK  73134

Phyllis A. Cornell
Heritage Trust
2802 W. Country Club Dr.
Oklahoma City, OK  73116

Virginia N. Couch
c/o Jim Couch
13108 Callie Drive
Oklahoma City, OK  73131

Wanda E. Craig
c/o Ron Craig
3102 Foxboro
Duncan, OK  73533

Eva L. Crone
c/o Lisa Crone
10609 Lydon Rd.
Oklahoma City, OK  73120

Benja L. Crutchfield
c/o Charles Crutchfield
2916 Charing Cross Rd.
Oklahoma City, OK  73120

John L. Culbertson
Epworth Villa
14901 N. Penn Ave., IL 352
Oklahoma City, OK  73134

Mary P. Curtis
Epworth Villa
14901 N. Penn Ave., IL 109
Oklahoma City, OK  73134

Pauline J. Dalley
Epworth Villa
14901 N. Penn Ave., IL 283
Oklahoma City, OK  73134

Ralph F. and Marion Daub
c/o Robert Daub
15293 105th Drive N.
Jupiter, FL  33478

Rae D. David
Epworth Villa
14901 N. Penn Ave., IL 179
Oklahoma City, OK  73134

Evelyn K. Davis
Epworth Villa
14901 N. Penn Ave.,  IL 152
Oklahoma City, OK  73134

Lawanda L. Dean
Epworth Villa
14901 N. Penn Ave., IL 331
Oklahoma City, OK  73134

Charles and Myra V. Delhotal
Epworth Villa
14901 N. Penn Ave., IL 2203
Oklahoma City, OK  73134

Edward F. and Marilyn M.
Diekmann
Epworth Villa
14901 N. Penn Ave., IL 010B
Oklahoma City, OK  73134

Elliott P. Doane
Epworth Villa
14901 N. Penn Ave., IL 358
Oklahoma City, OK  73134

Lucille M. Dodson
Epworth Villa
14901 N. Penn Ave., IL 1203
Oklahoma City, OK  73134

Pauline W. Douglas
c/o Dr. Thomas Nix, Jr.
1607 Queenstown Rd.
Nichols Hills, OK  73116

Sarah Dunaway
Juanita Townsend
Epworth Villa
14901 N. Penn Ave., IL 228
Oklahoma City, OK  73134

Betty Dunn
Epworth Villa
14901 N. Penn Ave., IL 289
Oklahoma City, OK  73134

Cleo A. Dupy
Epworth Villa
14901 N. Penn Ave., IL 137
Oklahoma City, OK  73134

Virginia D. Edgington
c/o Debbie Brownrigg
8316 Glenwood
Oklahoma City, OK  73114

Joe R. and Sarah J. Jones
Epworth Villa
14901 N. Penn Ave., IL 15A
Oklahoma City, OK  73134

Lana H. Fennelly
c/o John Fennelly
16033 Teesdale Rd.
Edmond, OK  73013

Bessie A. and Melvin Flegel
Epworth Villa
14901 N. Penn Ave.,IL 328
Oklahoma City, OK  73134

Dorothy D. Finley
Epworth Villa
14901 N. Penn Ave., Il 180
Oklahoma City, OK  73134

Joanne J. Finley
Epworth Villa
14901 N. Penn Ave., IL 154
Oklahoma City, OK  73134

Mabel J. Finnigan
Epworth Villa
14901 N. Penn Ave., IL 251
Oklahoma City, OK  73134

Dorothy H. Ford
Epworth Villa
14901 N. Penn Ave., IL 264
Oklahoma City, OK  73134

Sara J. Fox
Epworth Villa
14901 N. Penn Ave., IL 129
Oklahoma City, OK  73134

Don J. and Gail H . Frost
Epworth Villa
14901 N. Penn Ave., IL 3207
Oklahoma City, OK  73134

Jack I and Betty J. Fryrear
Epworth Villa
14901 N. Penn Ave., IL 2205
Oklahoma City, OK  73134

Dolores P. Garland
Epworth Villa
14901 N. Penn Ave., IL 3212
Oklahoma City, OK  73134

Robert D. and Jane T. Garrett
Epworth Villa
14901 N. Penn Ave., IL 2209
Oklahoma City, OK  73134

James R. and Lael H. Geyer
Epworth Villa
14901 N. Penn Ave., IL 1212
Oklahoma City, OK  73134

Ann Beatrice Gibson
Epworth Villa
14901 N. Penn Ave., IL 367
Oklahoma City, OK  73134

Gilbert C. and Aulena S. Gibson
Epworth Villa
14901 N. Penn Ave., IL 018A
Oklahoma City, OK  73134

Patricia W. Gilchrist
Epworth Villa
14901 N. Penn Ave., IL 025
Oklahoma City, OK  73134

Lynda A. Guon
Epworth Villa
14901 N. Penn Ave., IL 185
Oklahoma City, OK  73134

Mary W. Hamilton
Epworth Villa
14901 N. Penn Ave., IL 384
Oklahoma City, OK  73134

Thomas L. and Judith G. Harned
Epworth Villa
14901 N. Penn Ave., IL 2202
Oklahoma City, OK  73134

Sarah J. Harper
Epworth Villa
14901 N. Penn Ave., IL 101
Oklahoma City, OK  73134

John R. Hershberger
Epworth Villa
14901 N. Penn Ave., IL 369
Oklahoma City, OK  73134

Will D. and Virginia L. Hicks
Epworth Villa
14901 N. Penn Ave., IL 276
Oklahoma City, OK  73134

Jessie Y. Hill
Epworth Villa
14901 N. Penn Ave., IL 253
Oklahoma City, OK  73134

Dorothy J. Hinckley
Epworth Villa
14901 N. Penn Ave., IL 123
Oklahoma City, OK  73134

James H. and Mary A. Holdrege
Epworth Villa
14901 N. Penn Ave., IL 022
Oklahoma City, OK  73134

Suzanne A. Holloway
c/o Judy Whittlesey
5010 38th Street N.W.
Washington DC  20016

Eleanor M. Holmes
Epworth Villa
14901 N. Penn Ave., IL 133
Oklahoma City, OK  73134

Mary V. Hoppes
Epworth Villa
14901 N. Penn Ave., IL 011B
Oklahoma City, OK  73134

Donald H. Horton
Epworth Villa
14901 N. Penn Ave., IL 014B
Oklahoma City, OK  73134

Dwayne E. Horton
Epworth Villa
14901 N. Penn Ave., IL 381
Oklahoma City, OK  73134

Clarence W. and Virginia W. Howl
Epworth Villa
14901 N. Penn Ave., IL 008A
Oklahoma City, OK  73134

Herma J. Hudiburg
c/o David Hudiburg
P.O. Box 10937
Midwest City, OK  73140

Virginia M. Hughes
Epworth Villa
14901 N. Penn Ave., IL 378
Oklahoma City, OK  73134

Lester J. and Wilma A. Huston
c/o Linda Depue
2701 Portofino Place
Edmond, OK  73034

Sharon M. Ivester
c/o Tom Ivester
P.O. Box 160
Sayre, OK  73662

Elaine L. and Waldo Johnson
Epworth Villa
14901 N. Penn Ave., IL 009A
Oklahoma City, OK  73134

Martha E. Johnson
Epworth Villa
14901 N. Penn Ave., IL 237
Oklahoma City, OK  73134

Pauline P. Johnson
Epworth Villa
14901 N. Penn Ave., IL 371
Oklahoma City, OK  73134

Otis M. and Judith M. Johnston
Epworth Villa
14901 N. Penn Ave., IL 184
Oklahoma City, OK  73134

Frank L and Dorothy K. Jones
Epworth Villa
14901 N. Penn Ave., IL 259
Oklahoma City, OK  73134

Ellen E. Keeton
Epworth Villa
14901 N. Penn Ave., IL 173
Oklahoma City, OK  73134

Dorothy M. Keller
Epworth Villa
14901 N. Penn Ave., IL 236
Oklahoma City, OK  73134

Harold Kelly
Epworth Villa
14901 N. Penn Ave., IL 119
Oklahoma City, OK  73134

Lorene V . Killian
Heritage Trust Company
2802 W. Country Club Drive
Oklahoma City, OK 73116

Peggy L King
Connie S. English
Epworth Villa
14901 N. Penn Ave., IL 382
Oklahoma City, OK 73134

Marilyn A. Kramer
c/o Rick McNeil
110 Deer Creek Road
Edmond, OK 73012

James G. and Jeanne R. Kuller
Epworth Villa
14901 N. Penn Ave., IL 216
Oklahoma City, OK 73134

Walter K. and Linda B. Lambert
Epworth Villa
14901 N. Penn Ave., IL 217
Oklahoma City, OK 73134

Monique Laughlin
Epworth Villa
14901 N. Penn Ave., IL 3204
Oklahoma City, OK 73134

Clayton E. Lee
c/o Vicki Castleberry
211 N. Robinson Ave., #1000
Oklahoma City, OK 73102

Alan J. and Sonia S. Liebler
Epworth Villa
14901 N. Penn Ave., IL 026
Oklahoma City, OK 73134

Sonya V. Linduff
Epworth Villa
14901 N. Penn Ave., IL 387
Oklahoma City, OK 73134

Viva L. Lovett
Epworth Villa
14901 N. Penn Ave., IL 116
Oklahoma City, OK 73134

Dolores R. Lowe
c/o Phil Lowe
3344 Wagon Wheel Road
Edmond, OK 73034

Clifford C and Linda Lussier
Epworth Villa
14901 N. Penn Ave., IL 168
Oklahoma City, OK 73134

Beverly M. Lynch
c/o Ron Lynch
3567 Stonebrook Dr.
Norman, OK 73072

Jean W. Meyers
12 Remington Lane
Houston, TX 77005

Durward and Marybeth Lyon
Epworth Villa
14901 N. Penn Ave., IL 018B
Oklahoma City, OK 73134

E. Paschal P. MacIvor
c/o Tari Vickery
727 Colorado Ave.
Palo Alto, CA 94303

Donald K. and Delores A. Maddox
Epworth Villa
14901 N. Penn Ave., IL 319
Oklahoma City, OK 73134

Winona E. Madison
Epworth Villa
14901 N. Penn Ave., AL 2406
Oklahoma City, OK 73134

Jim M. and Kathryn S. Mahaffey
Epworth Villa
14901 N. Penn Ave., IL 1201
Oklahoma City, OK 73134

Roberta H. Maloney
Epworth Villa
14901 N. Penn Ave., IL 004B
Oklahoma City, OK 73134

Arthur R and Anna L Malowney
Epworth Villa
14901 N. Penn Ave., IL 176
Oklahoma City, OK 73134

Johnnie A. Martin
Epworth Villa
14901 N. Penn Ave., IL 165
Oklahoma City, OK 73134

Phil Martin
Epworth Villa
14901 N. Penn Ave., IL 376
Oklahoma City, OK 73134

Rosemary Martin
Epworth Villa
14901 N. Penn Ave., IL 274
Oklahoma City, OK 73134

Norma J. Martinez
c/o Tim Martinez
2617 Brixton Road
Edmond, OK 73034

Katherine H. Mayer
Epworth Villa
14901 N. Penn Ave., IL 325
Oklahoma City, OK 73134

Joan G. McCampbell
c/o Robert McCampbell
6616 N. Hillcrest
Oklahoma City, OK 73116

Eugene and Bonnie McDaniel
Epworth Villa
14901 N. Penn Ave., IL 3214
Oklahoma City, OK  73134

Hervey A. and Thea McGaugh
Epworth Villa
14901 N. Penn Ave., IL 233
Oklahoma City, OK  73134

Ruby L. Simpson
Epworth Villa
14901 N. Penn Ave., DE 1417
Oklahoma City, OK  73134

Jimette R. McLean
Epworth Villa
14901 N. Penn Ave., IL 284
Oklahoma City, OK  73134

Burrel J. and JoAnn F. McNaught
Epworth Villa
14901 N. Penn Ave., IL 004A
Oklahoma City, OK  73134

Phyllis McTiernan
Epworth Villa
14901 N. Penn Ave., IL 313
Oklahoma City, OK  73134

Judith W. Wallop
Epworth Villa
14901 N. Penn Ave., IL 258
Oklahoma City, OK  73134

Robert J. Mileur
Epworth Villa
14901 N. Penn Ave., Il 175
Oklahoma City, OK  73134

Virginia L. Minton
Epworth Villa
14901 N. Penn Ave., IL 265
Oklahoma City, OK  73134

Donald E. Moll
c/o Nanci Moll
2212 Coachlight Drive
Edmond, OK  73013

William E. Munsell
Epworth Villa
14901 N. Penn Ave., IL 103
Oklahoma City, OK  73134

Lloyd and Linda Muterspaugh
Epworth Villa
14901 N. Penn Ave., IL 1210
Oklahoma City, OK  73134

Helen W. Neal
Epworth Villa
14901 N. Penn Ave., IL 231
Oklahoma City, OK  73134

Jim J. and Darlene Northcutt
Epworth Villa
14901 N. Penn Ave., IL 003B
Oklahoma City, OK  73134

Stanley C and Nancy Noxon
Epworth Villa
14901 N. Penn Ave., IL 2212
Oklahoma City, OK  73134

Kathryn V. Ocker
Epworth Villa
14901 N. Penn Ave., IL 239
Oklahoma City, OK  73134

Jack Osborn
Epworth Villa
14901 N. Penn Ave., IL 386
Oklahoma City, OK  73134

Marianna R. Osborn
Epworth Villa
14901 N. Penn Ave., IL 003A
Oklahoma City, OK  73134

Willa Dene Pace
Epworth Villa
14901 N. Penn Ave., IL 005A
Oklahoma City, OK  73134

Elaine Pardee
Epworth Villa
14901 N. Penn Ave., IL 172
Oklahoma City, OK  73134

Reno K Park
Epworth Villa
14901 N. Penn Ave., IL 167
Oklahoma City, OK  73134

Emily T. Parnell
Epworth Villa
14901 N. Penn Ave., IL 215
Oklahoma City, OK  73134

Virginia M. Parr
c/o Susie Reynolds
3116 Aerie Dr.
Edmond, OK  73013

Clara L. Peisue
Epworth Villa
14901 N. Penn Ave., IL 114
Oklahoma City, OK  73134

Margjorie A. Penn
Epworth Villa
14901 N. Penn Ave., IL 1205
Oklahoma City, OK  73134

James S. and Jessie E. Plaxico
Epworth Villa
14901 N. Penn Ave., IL 2213
Oklahoma City, OK  73134

Donald E. and Eda S. Pope
Epworth Villa
14901 N. Penn Ave., IL 001A
Oklahoma City, OK  73134

{1276555;5}

Evangeline J. Porter
c/o Alvan Porter
6305 Waterford Blvd., Ste. 430
Oklahoma City, OK  73118

Dale L. Prill
Epworth Villa
14901 N. Penn Ave., IL 139
Oklahoma City, OK  73134

Betty L Raney
Epworth Villa
14901 N. Penn Ave., IL 1207
Oklahoma City, OK  73134

Maryallene Reames
Epworth Villa
14901 N. Penn Ave., IL 106
Oklahoma City, OK  73134

Paul B. and Joan S. Redding
Epworth Villa
14901 N. Penn Ave., IL 256
Oklahoma City, OK  73134

Elaine Reid
Epworth Villa
14901 N. Penn Ave., IL 121
Oklahoma City, OK  73134

Wilma D. Reppert
Epworth Villa
14901 N. Penn Ave., IL 007A
Oklahoma City, OK  73134

Donna V. Reynolds
Epworth Villa
14901 N. Penn Ave., IL 268
Oklahoma City, OK  73134

Meredith N. Richards
Epworth Villa
14901 N. Penn Ave., IL 374
Oklahoma City, OK  73134

Betty D. Robins
Epworth Villa
14901 N. Penn Ave., IL 017B
Oklahoma City, OK  73134

Patricia H. Robison
Epworth Villa
14901 N. Penn Ave., IL 354
Oklahoma City, OK  73134

Nila Rouk
Epworth Villa
14901 N. Penn Ave., IL 2207
Oklahoma City, OK  73134

Julius Schallenmuller
Epworth Villa
14901 N. Penn Ave., IL 186
Oklahoma City, OK  73134

Bettye A. Schelhing
Epworth Villa
14901 N. Penn Ave., IL 125
Oklahoma City, OK  73134

Sylvia Schroeder
c/o Alan Schroeder
3801 Bonaire Place
Edmond, OK  73013

Ralph E. Seals
Epworth Villa
14901 N. Penn Ave., IL 223
Oklahoma City, OK  73134

Jane M. Self
Epworth Villa
14901 N. Penn Ave., IL 208
Oklahoma City, OK  73134

Beth K. Sherman
c/o Marilyn Sherman
10 Pear Orchard Park
Jackson, MS  39211

James e. and Lauren K. Shock
Epworth Villa
14901 N. Penn Ave., IL 174
Oklahoma City, OK  73134

Marilyn A. Willisams
Epworth Villa
14901 N. Penn Ave., IL 214
Oklahoma City, OK  73134

Richard H. and Carol A. Sinnreich
Epworth Villa
14901 N. Penn Ave., IL 017A
Oklahoma City, OK  73134

Carol Sokatch
Epworth Villa
14901 N. Penn Ave., IL 126
Oklahoma City, OK  73134

Polly Q. Spencer
c/o Marilyn Morris
1224 N.W. 141 Street
Edmond, OK  73013

Virginia Stanley
Epworth Villa
14901 N. Penn Ave., IL 206
Oklahoma City, OK  73134

Victoria Stone
c/o Scott & Stringfellow
1 Cedar Hill Ct.
Bedford, VA  24523

Joyce J. Strong
Epworth Villa
14901 N. Penn Ave., IL 2204
Oklahoma City, OK  73134

Letha I Sturdevant
Epworth Villa
14901 N. Penn Ave., IL 310
Oklahoma City, OK  73134

Shirley M. Sullivan
Epworth Villa
14901 N. Penn Ave., IL 260
Oklahoma City, OK  73134

Helen G. Taylor
Epworth Villa
14901 N. Penn Ave., IL 322
Oklahoma City, OK  73134

Jo Ann A. Taylor
Epworth Villa
14901 N. Penn Ave., IL 226
Oklahoma City, OK  73134

L.D. Taylor
Epworth Villa
14901 N. Penn Ave., IL 271
Oklahoma City, OK  73134

David Thomason
Epworth Villa
14901 N. Penn Ave., IL 211
Oklahoma City, OK  73134

Martha R. Thornbrough
Judy Day
12150 Holly Knoll Circle
Great Falls, VA  22066

Angeline Tobin
Epworth Villa
14901 N. Penn Ave., IL 263
Oklahoma City, OK  73134

Nellie L. Totusek
c/o Donald Totusek
832 Teakwood Place
Dallas, TX  75080

James W. and Frances W. Tysor
Epworth Villa
14901 N. Penn Ave., IL 3201
Oklahoma City, OK  73134

Margaret A. Vater
Epworth Villa
14901 N. Penn Ave., IL 359
Oklahoma City, OK  73134

Irene M. Vollmer
Epworth Villa
14901 N. Penn Ave., IL 105
Oklahoma City, OK  73134

Keith F. Walker
c/o Luann Walker
P.O. Box 2515
Ardmore, OK  73402

Vynetta Walker
Epworth Villa
14901 N. Penn Ave., IL 019B
Oklahoma City, OK  73134

Cecil L and Donna J. Wallingford
Epworth Villa
14901 N. Penn Ave., IL 351
Oklahoma City, OK  73134

Laura A. Ward
Epworth Villa
14901 N. Penn Ave., IL 019A
Oklahoma City, OK  73134

Margie R. Weathers
c/o Linda Garcia
P.O. Box 31744
Edmond, OK  73003

Nancie C. Webb
Epworth Villa
14901 N. Penn Ave., IL 383
Oklahoma City, OK  73134

Marvin C. and Elizabeth Weber
Epworth Villa
14901 N. Penn Ave., IL 1213
Oklahoma City, OK  73134

Forrest and Iris Weirick
Epworth Villa
14901 N. Penn Ave., IL 305
Oklahoma City, OK  73134

Marlene Welch
Epworth Villa
14901 N. Penn Ave., IL 3213
Oklahoma City, OK  73134

Sharon S. Wetwiska
Epworth Villa
14901 N. Penn Ave., IL 111
Oklahoma City, OK  73134

James F. White
c/o Leslie Adkins
1558 Singleton
Wichita Falls, TX  76303

Betty J. Williams
Epworth Villa
14901 N. Penn Ave., IL 330
Oklahoma City, OK  73134

Paris G. Wilson
Epworth Villa
14901 N. Penn Ave., IL 3209
Oklahoma City, OK  73134

Neil C. and Katherine Winslow
Epworth Villa
14901 N. Penn Ave., IL 222
Oklahoma City, OK  73134

Theodore W. and Kathryn
Wischropp
Epworth Villa
14901 N. Penn Ave., IL 373
Oklahoma City, OK  73134

James E. Wood
Epworth Villa
14901 N. Penn Ave., IL 016B
Oklahoma City, OK  73134

Everett M. and Barbara B. Woods
Epworth Villa
14901 N. Penn Ave., IL 219
Oklahoma City, OK  73134

Beverly J. Yates
Epworth Villa
14901 N. Penn Ave., IL 279
Oklahoma City, OK  73134

Loretha J. Yearout
c/o Gaytha Kreyborg
14712 Lamplight Lane
Edmond, OK  73013

Willis H. and Nancy J. Zumwalt
Epworth Villa
14901 N. Penn Ave., IL 269
Oklahoma City, OK  73134

Philip & Moira Reed
Ruth Carrie Reed
2679 Angela Court
Piedmont, OK 73078

Mary Bredel
3905 N. Bryant
Edmond, OK 73034

Alberta Barker Trust
5100 N. Classen Blvd., Suite 620
Oklahoma City, OK 73118

Joe Legako
Dr. Jana Legako
13305 Mayberry Place
Oklahoma City, OK 73142

Nadine Dodd
10272 S. 95th East Ave.
Tulsa, OK 74133

Bobby Brown
4200 NE 142nd Court
Edmond, OK 73013

Greg Campbell
3532 Quail Creek Rd.
Oklahoma City, OK 73120

Lynn Watkins
12110 Broadway Blvd.
Ardmore, OK 73401

*/s/ Brandon C. Bickle*
Brandon C. Bickle

**Exhibit "A"**
**(Residency Agreements)**

| Unit#/ Apart # | Resident Name | Effective Date |
|---|---|---|
| IL 014A | Adams, Mary L. | 11/14/06 |
| Al 2424 | Alexander, William O. | 08/09/13 |
| MC 420 | Alberta Barker Trust | 05/11/11 |
| IL 166 | Ansley, Joy A. | 02/15/11 |
| | Ansley, Ernest L. | |
| IL 2214 | Bake, Joan J. | 12/27/13 |
| IL 005B | Barby, Sondra M | 05/02/07 |
| MC421 | Barta, John J. | 02/28/12 |
| | Barta, Eva J. | |
| IL 160 | Bass, Mary F. | 07/28/06 |
| IL 335 | Bates, Shirley F. | 10/30/06 |
| IL 024 | Batey, Dana D. | 05/15/09 |
| | Batey, Lois L. | |
| IL 203 | Bayless, Allene | 04/05/04 |
| IL 26 | Bertoldi, John | 03/02/12 |
| IL 156 | Bickford, Harlene | 08/07/13 |
| IL 178 | Bishop, Lawrence E. | 03/27/09 |
| | Bishop, Betty G. | |
| IL 287 | Blew, Doris F. | 07/13/09 |
| AL 2408A | Boulton, John W. | 09/15/10 |
| | Boulton, Evelyn F. | |
| IL 3203 | Bradford, Katherine | 02/07/14 |
| IL 1202 | Brannan, Betty J. | 12/27/13 |
| IL 1204 | Brannan, Jo Ann | 12/27/13 |
| MC 523A | Bredel, Mary | 07/05/12 |
| IL 008B | Brothers, John E. | 02/25/10 |
| | Brothers, Sandra J. | |
| IL 323 | Brown, Aileen W. | 07/26/06 |
| DE 1433 | Brown, Gaylon (refund – to Bobby) | 01/18/11 |
| IL 135 | Bruno, Frank | 05/01/07 |
| IL 389 | Bryant, Mariann M. | 08/31/11 |
| IL 159 | Bullard, Harold M. | 03/01/12 |
| | Carver, Jeanene S. | |
| IL 011A | Bush, William J. | 12/19/05 |
| | Bush, Loreta M. | |
| IL 102 | Butts, Iris J. | 10/15/13 |
| MC 527B | Caldwell, Doris R. | 03/27/07 |
| MC 416 | Campbell, Sally (refund to Greg) | 12/13/13 |
| IL 2201 | Carson, Emily E. | 12/27/12 |

| IL 221 | Caruso, Ruby O. | 08/22/07 |
| MC 1849 | Caskey, Joseph K.<br>Caskey, Sara H. | 09/29/11 |
| IL 122 | Chenoweth, Vida S. | 02/05/08 |
| DE 1406 | Clay, Judith A. | 09/02/10 |
| IL 329 | Clements, Mary E. | 04/09/12 |
| DE 1413 | Coit, Jessie A. | 08/18/08 |
| IL 015B | Coker, Patricia A. | 11/30/05 |
| IL 255 | Coleman, Addilee | 03/12/13 |
| IL 021 | Cooper Thoni, Peggy A. | 05/05/09 |
| IL 023 | Cornell, Phyllis A. | 06/15/09 |
| MC 522A | Couch, Virgina N. | 02/02/08 |
| IL 267 | Craig, Wanda E. | 03/12/08 |
| IL 209 | Crone, Eva L. | 08/15/08 |
| DE 1420 | Cruchfield, Benja L. | 03/20/06 |
| Il 352 | Culbertson, John L. | 06/22/12 |
| IL 109 | Curtis, Mary P. | 12/06/02 |
| IL 283 | Dalley, Pauline J. | 08/09/13 |
| MC530A | Daub, Ralph F.<br>Daub, Marion D. | 06/21/10 |
| IL 356 | Darvis, Craig | 04/19/08 |
| Il 179 | David, Rae D. | 09/20/10 |
| IL 152 | Davis, Evelyn K. | 06/17/13 |
| IL 331 | Dean, Lawanda L. | 09/30/10 |
| IL 2203 | Delhotal, Charles<br>Delhotal, Myra V. | 11/27/13 |
| IL 010B | Diekmann, Edward F.<br>Diekmann, Marilyn M. | 05/28/02 |
| IL 358 | Doane, Elliott P. | 03/21/13 |
|  | Dodd, Nadine– never a resident – only a depositor |  |
| IL 1203 | Dodson, Lucille M. | 12/12/13 |
| MC 420 | Douglas, Pauline W. | 12/10/02 |
| IL 228 | Dunaway, Sarah<br>Townsend, Juanita | 03/25/13 |
| IL 289 | Dunn, Betty | 03/01/13 |
| IL 137 | Dupy, Cleo A. | 06/24/08 |
| DE 1407 | Edgington, Virginia D. | 05/13/05 |
| IL 009B | Elston, James L.<br>Elston, Allison C. | 10/24/08 |
| MC 524 | Fennelly, Lana H. | 10/13/05 |
| IL 328 | Flegel, Bessie A.<br>Flegel, Melvin F. | 11/26/07 |
| IL 180 | Finley, Dorothy D. | 09/12/07 |

|  | Finley, Drew V. |  |
|---|---|---|
| IL 154 | Finley, Joanne J. | 04/25/12 |
| IL 251 | Finnigan, Mabel J. | 11/10/05 |
| IL 264 | Ford, Dorothy H. | 08/25/10 |
| IL 129 | Fox, Sara J. | 01/05/11 |
| IL 3207 | Frost, Don J.<br>Frost, Gail H. | 11/21/13 |
| Il 2205 | Fryrear, Jack I.<br>Fryrear, Betty J. | 12/09/13 |
| IL 3212 | Garland, Dolores P. | 08/19/13 |
| IL 2009 | Garrett, Robert D.<br>Garrett, Jane T. | 02/04/14 |
| IL 1212 | Geyer, James R.<br>Geyer, Lael H. | 11/21/13 |
| IL 367 | Gibson, Ann (Beatrice)<br>Gibson, Albert B. | 07/28/11 |
| IL 018A | Gibson, Gilbert C.<br>Gibson, Aulena S. | 02/01/06 |
| IL 025 | Gilchrist, Patricia W. | 04/21/11 |
| IL 185 | Guon, Lynda A. | 07/16/05 |
| IL 384 | Hamilton, Mary W. | 04/08/10 |
| IL 2202 | Harned, Thomas L.<br>Harned, Judith G. | 01/28/14 |
| IL 101 | Harper, Sarah J. | 07/15/04 |
| IL 369 | Hershberger, John R. | 04/26/12 |
| IL 276 | Hicks, William D.<br>Hicks, Virgina L. | 03/05/07 |
| IL 253 | Hill, Jessie Y. | 01/11/13 |
| IL 123 | Hinckley, Dorothy J. | 04/22/13 |
| IL 022 | Holdrege, James H.<br>Holdrege, Mary A. | 03/31/14 |
| IL 163 | Holloway, Suzanne A. | 06/28/13 |
| IL 133 | Holmes, Eleanor M. | 10/01/01 |
| IL 011B | Hoppes, Mary V. | 12/27/05 |
| IL 014B | Horton, Donald H.<br>Horton, Marclle | 11/15/05 |
| IL 381 | Horton, Dewayne E. | 09/26/05 |
| IL 008A | Howl, Clarence W.<br>Howl, Virginia W. | 12/08/09 |
| DE 1423 | Hudiburg, Herma J. | 04/21/08 |
| Il 378 | Hughes, Virginia M. | 07/08/11 |
| MC 533A | Huston, Lester J.<br>Huston, Wilma A. | 06/21/07 |

| IL 227 | Ivester, Sharon M. | 08/10/09 |
|---|---|---|
| IL 009A | Johnson, Elaine L.<br>Johnson, Waldo E. | 10/19/07 |
| IL 237 | Johnson, Martha E. | 04/02/14 |
| IL 371 | Johnson, Pauline P. | 05/29/07 |
| IL 184 | Johnston, Otis M.<br>Johnston, Judith M. | 07/01/08 |
| IL 259 | Jones, Frank L.<br>Jones, Dorothy K. | 03/07/12 |
| IL 015A | Jones, Joe R.<br>Jones, Sarah J. | 01/30/12 |
| IL 173 | Keeton, Ellen E. | 08/22/11 |
| IL 236 | Keller, Dorothy M. | 05/23/13 |
| IL 119 | Kelly, Harold E. | 08/12/13 |
| MC419 | Killian, Lorene V. | 01/03/94 |
| IL 382 | King, Peggy L.<br>English, Connie S. | 06/30/11 |
| DE 1416 | Kramer, Marilyn A. | 06/23/11 |
| IL 110 | Kriegel, Herbert | 08/10/12 |
| IL 216 | Kuller, James G.<br>Kuller, Jeanne R. | 07/06/09 |
| IL 217 | Lambert, Walter K.<br>Lambert, Linda B. | 05/19/08 |
| IL 3204 | Laughlin, Monique | 11/21/13 |
| DE 1411 | Lee, Clayton E. | 05/08/09 |
|  | Legako, Joe – never a resident – only a depositor |  |
| IL 026 | Liebler, Alan J.<br>Liebler, Sonia S. | 05/14/14 |
| IL 387 | Linduff, Sonya V. | 09/28/07 |
| IL 116 | Lovett, Viva L. | 11/29/13 |
| AL 2414 | Lowe, Dolores R. | 06/11/08 |
| IL 168 | Lussier, Clifford C.<br>Lussier, Linda | 02/27/13 |
| DE 1419 | Lynch, Beverly M. | 07/30/10 |
| IL 018B | Lyon, Durward<br>Lyon, Marybeth | 04/03/06 |
| IL 277 | MacIvor, E. Paschal P. | 01/17/12 |
| IL 319 | Maddox, Donald K.<br>Maddox, Delores A. | 10/24/12 |
| AL 2406 | Madison, Winona E. | 07/28/11 |
| IL 1201 | Mahaffey, Jim M.<br>Mahaffey, Kathryn S. | 04/27/11 |
| IL 004B | Maloney, Roberta H. | 12/27/12 |

| | | |
|---|---|---|
| IL 176 | Malowney, Arthur R.<br>Maloweny, Anna L | 04/26/13 |
| IL 165 | Martin, Johnnie A. | 04/22/10 |
| IL 376 | Martin, Phil<br>Martin, Shirley | 10/31/11 |
| IL 274 | Martin, Rosemary | 12/19/02 |
| AL 2415 | Martinez, Norma J. | 07/29/08 |
| IL 325 | Mayer, Katherine H. | 09/30/11 |
| IL 375 | McCampbell, Joan G. | 05/21/12 |
| IL 3214 | McDaniel, C. Eugene<br>McDaniel, Bonnie S. | 06/05/14 |
| IL 233 | McGaugh, Hervey A. | 09/13/13 |
| IL 233 | McGaugh, Thea M. | 09/13/13 |
| IL 284 | McLean, Jimette R. | 07/14/11 |
| IL 004A | McNaught, Burrel J.<br>McNaught, Jo Ann F. | 12/27/11 |
| IL 313 | McTieman, Phyllis | 07/20/04 |
| IL 003B | Meyers, Jean W. | 06/06/96 |
| IL 204 | Misciagna, Marjorie | 08/12/13 |
| IL 175 | Mileur, Robert J.<br>Mileur, Verona B. | 06/23/04 |
| IL 265 | Minton, Virginia L. | 10/31/11 |
| IL 3205 | Moll, Donald E. | 12/04/13 |
| IL 103 | Munsell, William E.<br>Munsell, Patricia J. | 07/29/11 |
| IL 1210 | Muterspaugh, Lloyd<br>Muterspaugh, Linda L. | 11/20/13 |
| IL 231 | Neal, Helen W. | 12/15/12 |
| IL 280 | Netherton, Lowell | 07/15/05 |
| IL 003B | Northcutt, Jim J.<br>Northcutt, Darlene | 06/13/13 |
| IL 2212 | Noxon, Stanley C.<br>Noxon, Nancy | 12/03/13 |
| IL 239 | Ocker, Kathryn V. | 03/13/12 |
| IL 386 | Osborn, Jack | 05/02/11 |
| IL 003A | Osborn, Marianna R.<br>Osborn, Charles R. | 10/26/11 |
| IL 005A | Pace, Wila Dene | 07/21/11 |
| IL 172 | Pardee, Elaine | 03/02/04 |
| IL 167 | Park, Reno K.<br>Park, Valma F. | 07/04/09 |
| IL 215 | Parnell, Emily T. | 11/28/12 |
| MC 523 | Parr, Virginia M. | 02/16/05 |
| IL 304 | Partney, Tom | 12/08/07 |

| | Estate of Hazel Partney<br>Hazel D. Tuttle Living Trust | |
|---|---|---|
| IL 114 | Pelsue, Clara L. | 04/22/06 |
| IL 1205 | Penn, Marjorie A. | 03/31/14 |
| IL 2213 | Plaxico, James S.<br>Plaxico, Jessie E. | 02/28/14 |
| IL 001A | Pope, Donald E.<br>Pope, Eda S. | 04/26/13 |
| MC417 | Porter, Evangeline J. | 10/18/11 |
| IL 205 | Potter, Evelyn and Jack | 10/29/08 |
| IL 139 | Prill, Dale L. | 03/29/07 |
| IL 1207 | Raney, Betty L.<br>Raney, Herbert E. | 12/20/13 |
| IL 106 | Reames, Maryallene | 01/22/09 |
| IL 256 | Redding, Paul B.<br>Redding, Joan S. | 12/22/04 |
| IL 128 | Reed, Philip<br>Reed, Moira | 07/21/10 |
| IL 121 | Reid, Elaine | 10/15/12 |
| IL 007A | Reppert, Wilma D. | 04/11/13 |
| IL 268 | Reynolds, Donna V. | 06/15/11 |
| IL 374 | Richards, Meredith N. | 12/31/09 |
| IL 017B | Robins, Betty D. | 06/17/13 |
| IL 354 | Robison, Patricia H. | 07/29/11 |
| IL 2207 | Rouk, Nila | 12/19/13 |
| IL 186 | Schallenmuller, Jullus<br>Schallenmuller, Christine N. | 06/02/04 |
| IL 125 | Schelhing, Bettye | 02/07/07 |
| DE 1414 | Schroeder, Sylvia | 05/18/12 |
| IL 223 | Seals, Ralph E.<br>Seals, Pansy J. | 06/02/06 |
| IL 208 | Self, Jane M. | 06/03/13 |
| AL 2402 | Sherman, Beth K. | 9/12/07 |
| IL 174 | Shock, James E.<br>Shock, Lauren K. | 09/24/13 |
| DE 1417 | Simpson, Ruby L. | 5/28/93 |
| Il 017A | Sinnreich, Richard H.<br>Sinnreich, Carol A. | 07/10/12 |
| IL 6B | Smith, Cindy | 08/30/12 |
| IL 126 | Sokatch, Carol | 12/02/13 |
| IL 177 | Spencer, Polly Q. | 08/25/11 |
| IL 206 | Stanley, Virginia | 05/12/14 |
| AL 2403 | Stone, Victoria | 05/15/12 |
| IL 2204 | Strong, Joyce J. | 02/07/14 |

| IL 310 | Sturdevant, Letha I. | 09/30/08 |
|---|---|---|
| IL 260 | Sullivan, Shirley M. | 05/10/13 |
| IL 322 | Taylor, Helen G.<br>Taylor, James C. | 12/10/10 |
| MC 404 | Taylor, John A.<br>Taylor JoAnn A. | 09/22/09 |
| IL 271 | Taylor, L.D. | 06/03/11 |
| IL 211 | Thomason, David B. | 06/17/05 |
| AL 2423 | Thornbrough, Martha R. | 05/28/04 |
| IL 263 | Tobin, Angeline M. | 10/01/08 |
| DE 1422 | Totusek, Nellie L.<br>Totusek, Robert | 11/28/06 |
| IL 3201 | Tysor, James W.<br>Tysor, Frances W. | 07/17/13 |
| IL 321 | Underwood, John | 08/01/12 |
| Il 359 | Vater, Margaret A. | 07/22/11 |
| IL 206 | Velma Beissier Trust | 07/01/12 |
| Il 105 | Vollmer, Irene M. | 02/05/05 |
| AL 2413 | Walker, Keith F. | 10/10/08 |
| IL 019B | Walker, Vynetta | 03/01/06 |
| IL 351 | Wallingford, Cecil L.<br>Wallingford, Donna J. | 07/29/11 |
| IL 258 | Wallop, Judith W. | 07/15/04 |
| IL 019A | Ward, Laura A. | 01/30/06 |
| MC525A | Dawson, Jovan (refund to Watkins, Lynn) | 10/01/12 |
| IL 360 | Weathers, Margie R. | 09/10/12 |
| IL 383 | Webb, Nancie C.<br>Webb, George | 06/01/06 |
| IL 1213 | Weber, Marvin C.<br>Weber, Elizabeth | 12/02/13 |
| IL 305 | Welrick, Forrest<br>Welrick, Iris | 10/11/13 |
| IL 3213 | Welch, Marlene | 04/28/14 |
| IL 111 | Wetwiska, Sharon S. | 11/24/03 |
| AL 2410 | White, James F. | 03/15/07 |
| IL 330 | Williams, Betty J. | 12/18/08 |
| IL 214 | Williams, Marilyn A. | 04/23/13 |
| IL 3209 | Wilson, Paris G. | 02/07/14 |
| Il 222 | Winslow, Neil C.<br>Winslow, Katherine | 06/24/13 |
| IL 373 | Wischropp, Theodore W.<br>Wischropp, Kathryn E. | 09/01/11 |
| IL 016B | Wood, James E.<br>Wood, Evelyn G. | 11/30/05 |

| DE 1440 | Woods, Everett M. Woods, Barbara B. | 06/12/98 |
| IL 279 | Yates, Beverly J. | 04/15/11 |
| MC531B | Yearout, Loretha J. | 06/16/04 |
| IL 269 | Zumwalt, Willis H. Zumwalt, Nancy J. | 03/26/07 |

Exhibit "B"

Epworth Villa

| Name | Unit number - status | Date | Balance |
|------|---------------------|------|---------|
| **Former Residents - Unit Sold and Refund Currently Due** | | | |
| John Bertoldi | Refund Unit 26/sold 5/15/14 | 6/7/2014 | 146,000.00 |
| Velma Bessier Trust | Refund #206 /sold 5/12/14 | 6/7/2014 | 235,303.70 |
| | | | |
| **Refund Currently Due - Chose Not to Reside at Epworth Villa** | | | |
| Joe Legako | Refund | 7/7/2014 | 13,400.00 |
| Nadine Dodd | Refund | 7/2/2014 | 13,000.00 |
| **Former Residents - Refunds Currently Due - Credit Balances** | | | |
| Bobby Brown | refund credit balance | 7/9/2014 | 1,152.05 |
| Greg Campbell | refund credit balance | 7/9/2014 | 18.00 |
| Lynn Watkins | refund credit balance | 7/10/2014 | 2,738.00 |
| Mary Bredel | refund credit balance | 7/10/2014 | 80.00 |
| Alberta Barker Trust | refund credit balance | 7/9/2014 | 5,420.00 |