**Dated: September 3, 2014,  10:47 AM**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | |
| **Central Oklahoma United Methodist Retirement Facility, Inc. d/b/a Epworth Villa,** | **Case No. 14-12995-SAH** |
| | **Chapter 11** |
| Debtor. | |

### ORDER AUTHORIZING ASSUMPTION OF RESIDENCY AGREEMENTS
(Dkt. #90)

Upon the *Motion of Epworth Villa for Authority to Assume Executory Resident Contracts; Brief in Support; and Notice of Opportunity for Hearing* (the "Motion"; Dkt. #90), filed by Central Oklahoma United Methodist Retirement Facility, Inc., d/b/a Epworth Villa, debtor-in-possession ("Epworth Villa"), seeking the entry of an order authorizing the assumption of the Residency Agreements and payment of all associated Cure Costs (described in the Motion and listed on Exhibits "A" and "B" to the Motion, respectively); the Court having determined that it has jurisdiction over the matters raised by the Motion

{1282972;3}                                                            Page 1

and that the relief requested in the Motion is in the best interests of Epworth Villa, its estate and creditors; upon the record herein, and after due deliberation thereon, the Court finds and concludes:

1.    The Court has jurisdiction over this core proceeding under 28 U.S.C. §§ 157 and 1334.  Venue is proper under 28 U.S.C. §§ 1408 and 1409.

2.    As certified by the undersigned counsel for Epworth Villa, notice of the Motion and opportunity for hearing was provided (i) electronically by the Court's ECF system to the Office of the United States Trustee and all parties in interest who had entered their appearances and requested notices in this case at the time the Motion was filed, (ii) by U.S. Mail to the 20 largest unsecured creditors of this estate, to the extent they had not entered appearances through counsel at the time the Motion was filed, and (iii) by U.S. Mail to parties to the Residency Agreements.   The Court hereby approves such notice and opportunity for hearing as appropriate in the particular circumstances and for purposes of the Motion and this order.

3.    The deadline for filing responses to the Motion expired September 2, 2014, and no responses were timely filed.  *See* L.R. 9013-1.D.  No response opposing the relief having been filed and served, pursuant to L.R. 9013-1.E., the relief requested in the Motion may be deemed confessed and the relief granted *ex parte* and without further notice.

IT IS THEREFORE ORDERED that the Motion is GRANTED.  Accordingly, pursuant to 11 U.S.C. § 365(a), Epworth Villa is hereby authorized to assume the Residency Agreements and to pay all associated Cure Costs.

*All findings of fact are based upon representations of counsel*

\*\*\*

APPROVED FOR ENTRY:

CENTRAL OKLAHOMA UNITED
METHODIST RETIREMENT FACILITY, INC.,
d/b/a Epworth Villa

*/s/ G. Blaine Schwabe, III*
 G. Blaine Schwabe, III, OBA #8001
 GABLEGOTWALS
 One Leadership Square, 15th Floor
 211 North Robinson
 Oklahoma City, OK 73102-7101
 Telephone: 405.235.5589
 Facsimile: 405.235.2875
 gschwabe@gablelaw.com

 Sidney K. Swinson, OBA #8804
 Mark D.G. Sanders, OBA #22922
 Brandon C. Bickle, OBA #22064
 GABLEGOTWALS
 1100 ONEOK Plaza
 100 West Fifth Street
 Tulsa, Oklahoma 74103
 Telephone: 918.595.4800
 Facsimile: 918.595.4990
 sswinson@gablelaw.com
 msanders@gablelaw.com
 bbickle@gablelaw.com

*Attorneys for Epworth Villa*