**E. Marissa Lane, J.D., R.N., B.S.N.**
**1612 Brighton Ave.**
**Oklahoma City, OK  73120**

Invoice Submitted for Work done: November 1, 2014 to December 15, 2014

Invoice Date:  December 15, 2014

In Reference To:       Central Oklahoma United Methodist Retirement Center, Inc.
                       Patient Care Ombudsman
_____

**M LANE TIME**

November 10: Prepare email to C. Snyder regarding compensation application. **.2 hours**

November 14: Telephone call with B. Schwabe regarding Resident Counsel issues and compensation application. **.2 hours**

November 15: Tel call with D. Burian regarding issues from Resident's Council meeting and discuss follow up suggestions to address resident concerns and to address family concerns. **.3 hours**

November 16: Continue with working on application for compensation and assembling information for service list; prepare email to D. Calvert regarding hearing date on application for compensation; prepare email to B. Schwabe regarding fee application and follow up needed; prepare draft email to Epworth management regarding issues from Resident's Council meeting. **1.8 hours**

November 18: Coordinate and file of Notice of hearing by ECF and mailing to limited service list. **.5 hours**

November 23: Review and reply to email from L. Howard. **.2 hours**

December 10: Prepare emails to D. Burian and C. Snyder regarding substitution of PCO. **.3 hours**

December 11: Telephone call to B. Schwabe and leave message; telephone call with D. Burian on various issues; review email from B. Schwabe regarding substitution of PCO; review emails from C. Snyder and D. Burian; review email from C. Baines, attorney in fact for Epworth resident and reply and forward requested PCO report information. **1.5 hours**

December 15:   Prepare final PCO report; prepare final application for compensation and associated exhibits and Order granting relief. **3.0 hours**

**D. BURIAN TIME**

November 14: Phone conference regarding patient concern. **.25 hours**

November 15: Follow up on patient report. **.25 hours**

November 17: Review and forward information to M. Lane on resident council complaint. **.75 hours**

December 11: Call and follow up regarding PCO notices. **.5 hours**

| | | | |
|---|---|---|---|
| **Total Hours:** | EML: | 8.0 @ $ 175 / Hour = | $1,400.00 |
| | DB: | 1.75@ $ 125/ Hour = | $ 218.75 |
| | Total Hours: | | $1,618.75 |

| | | |
|---|---|---|
| **Expenses:** | Copies: | $ 73.60 |
| | Telephone for Ombudsman: | $30.00 |
| | Postage: | $44.16 |
| | Total Expenses: | $147.76 |

**GRAND TOTAL HOURS AND EXPENSES: $1,766.51**

**Apply Retainer:**                                                                 ($7,000.00)

**Balance of Retainer to be Paid to Substitute PCO:**        $5,233.49

Please remit payment to:           Contact Information:
E. Marissa Lane                          405-819-9966
1612 Brighton Ave.
Oklahoma City, OK 73120          eml@eml-law.com